ORIGINAL

KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963

Attorneys for Plaintiff
United States of America

FILED
07 DEC 13 AM 10:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___

'07 CV 2330 L POR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>     v.                              )<br>                                     )<br> ONE 1997 MERCEDES BENZ S420 SEDAN, )<br> CA. LICENSE NO. 3SVV963             )<br> VIN WDBGA43G5VA330132,              )<br> ITS TOOLS AND APPURTENANCES,        )<br>                                     )<br>          Defendant.                 )<br> _____) | Civil No.<br><br>EX PARTE MOTION TO APPOINT<br>THE UNITED STATES MARSHAL<br>AS CUSTODIAN |

COMES NOW the plaintiff, United States of America, and moves this Court for <u>an exception</u> to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the above-described defendant vehicle upon execution of the warrant of arrest <u>in rem</u>. In support of this motion, plaintiff states as follows:

    1.   The United States Marshals office has been staffed with personnel experienced in providing for the management of properties such as the defendant in this case.

    2.   The United States Marshal has consented to assume responsibility for the protection, maintenance, and safety of the defendant during the period the same remains in <u>custodia legis</u>.

3.   The continued custody of the United States Marshal following execution of the warrant of arrest in rem is necessary and in the best interests of the plaintiff in this case.

4.   It is further requested that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendant.

WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be permitted in this case and that this motion be granted.

DATED: DECEMBER 13, 2007

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney

2007v00592:BCS:ah