KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963

Attorneys for Plaintiff
United States of America

FILED
07 DEC 17 AM 11:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ONE 1997 MERCEDES BENZ S420 SEDAN, CA. LICENSE NO. 3SVV963 VIN WDBGA43G5VA330132, ITS TOOLS AND APPURTENANCES,
Defendant.

Civil No. '07 CV 2330 L POR

ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the protection, maintenance, and safety of the above-described defendant vehicle during the time it remains in the custody of this Court under its process,

IT IS HEREBY ORDERED that upon the arrest of the defendant, the United States Marshal for the Southern District of California shall be custodian of the defendant on behalf of this Court until further order, and

///

2007v00592:BCS:ah

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendant.

DATED: 12/13/07

UNITED STATES DISTRICT JUDGE

**M. JAMES LORENZ**
**U.S. DISTRICT JUDGE**