1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CV 2330 L POR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. |
| | ) | |
| Plaintiff, | ) | WARRANT FOR ARREST |
| | ) | IN ACTION IN REM |
| v. | ) | |
| | ) | |
| ONE 1997 MERCEDES BENZ S420 SEDAN, | ) | |
| CA. LICENSE NO. 3SVV963 | ) | |
| VIN WDBGA43G5VA330132, | ) | |
| ITS TOOLS AND APPURTENANCES, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL
      SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to attach the defendant,

    ONE 1997 MERCEDES BENZ S420 SEDAN,
    CA. LICENSE NO. 3SVV963
    VIN WDBGA43G5VA330132,
    ITS TOOLS AND APPURTENANCES

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional

1  time as may be allowed by the Court, and must serve their answers
2  within 20 days after the filing of their claims.
3      YOU ARE FURTHER COMMANDED to file this process in this Court
4  with your return thereon promptly after execution thereof.
5  DATED: __DEC 17 2007__
6                             W. SAMUEL HAMRICK, Jr., Clerk
7  
8                           By_____
9    (SEAL)

(SEAL) M. Jenkins