U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07cv2330-L(POR) |
| DEFENDANT | TYPE OF PROCESS |
| 1997 2000 MERCEDES BENZ S420 SEDAN | ARREST/PUBLICATION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

4560 Viewridge Avenue, San Diego, CA 92123

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

BRUCE C. SMITH, AUSA
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA 2007 DEC 19 A 11 3

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address; All Telephone Numbers, and Estimated Times Available For Service)        CATS 07DEA486209

Attached are copies of the Complaint for Forfeiture, an ad order and notice. Please seize the Defendant(s) and advise of date of seizure, date notice is published and furnish a copy of the warrant for arrest.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
BRUCE C. SMITH, AUSA   *Bruce Smith /att*

TELEPHONE NUMBER: (619) 557-7004
DATE: 12/18/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 12-19-07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above)
Michael Tourney / Receptionist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12-19-07   Time: 3:26 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | $9.38 | | $54.38 | | | |

REMARKS:

Publish 12/28, 1/4, 1/11

PRIOR EDITIONS MAY BE USED         SEND ORIGINAL + 2 COPIES to USMS.         FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

**RECEIVED**

2007 DEC 17 A 4:01

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. '07 CV 2330 L POR |
| Plaintiff, | WARRANT FOR ARREST IN ACTION IN REM |
| v. | |
| ONE 1997 MERCEDES BENZ S420 SEDAN, CA. LICENSE NO. 3SVV963 VIN WDBGA43G5VA330132, ITS TOOLS AND APPURTENANCES, | |
| Defendant. | |

TO: UNITED STATES MARSHAL
    SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to attach the defendant,

   ONE 1997 MERCEDES BENZ S420 SEDAN,
   CA. LICENSE NO. 3SVV963
   VIN WDBGA43G5VA330132,
   ITS TOOLS AND APPURTENANCES

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional

| | |
|---|---|
| 1 | time as may be allowed by the Court, and must serve their answers |
| 2 | within 20 days after the filing of their claims. |
| 3 |     YOU ARE FURTHER COMMANDED to file this process in this Court |
| 4 | with your return thereon promptly after execution thereof. |
| 5 | DATED: DEC 17 2007 |
| 6 | W. SAMUEL HAMRICK, Jr., Clerk |
| 7 | |
| 8 | By _____ |
| 9 | (SEAL)  M. Jenkins |

```
 1  KAREN P. HEWITT
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6963

 6  Attorneys for Plaintiff
    United States of America
 7

 8              UNITED STATES DISTRICT COURT

 9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   07-cv-2330 L POR
                                     )
11           Plaintiff,              )
                                     )   ORDER APPOINTING UNITED
12       v.                          )   STATES MARSHAL AS
                                     )   CUSTODIAN
13  ONE 1997 MERCEDES BENZ S420 SEDAN,)
    CA. LICENSE NO. 3SVV963          )
14  VIN WDBGA43G5VA330132,            )
    ITS TOOLS AND APPURTENANCES,     )
15                                   )
             Defendant.              )
16  _____)
```

17      Upon a motion by plaintiff, United States of America, and it

18 appearing that the United States Marshal for the Southern District

19 of California has consented to assume responsibility for the

20 protection, maintenance, and safety of the above-described

21 defendant vehicle during the time it remains in the custody of

22 this Court under its process,

23      IT IS HEREBY ORDERED that upon the arrest of the defendant,

24 the United States Marshal for the Southern District of California

25 shall be custodian of the defendant on behalf of this Court until

26 further order, and

27 ///

28 2007v00592:BCS:ah

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendant. |

DATED: 12/13/07

*(signature)*
UNITED STATES DISTRICT JUDGE

**M. JAMES LORENZ**
**U.S. DISTRICT JUDGE**

I hereby attest and certify on 12-17-07
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy
M. Jenkins