KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>ONE 1997 MERCEDES BENZ S420 SEDAN,<br>CA LICENSE NO. 3SVV963,<br>VIN WDBGA43G5VA330132,<br>ITS TOOLS AND APPURTENANCES,<br><br>                    Defendant. | ) Civil No. 07cv2330-L(POR)<br>)<br>)DECLARATION OF AND REQUEST<br>)FOR CLERK'S ENTRY OF DEFAULT<br>)AS TO THE INTEREST OF EUSEBIO<br>)VACA-GALLARDO AND ALL OTHER<br>)POTENTIAL CLAIMANTS<br>)<br>)<br>)<br>)<br>)<br>) |

    I, Bruce Smith, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

    1.   On December 13, 2007, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On December 19, 2007, the defendant was seized and arrested by the United States Secret Service, who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing the United States Secret Service as custodian, dated December 17, 2007.

///

2.   On December 28, 2007, January, 4, 2008, and January 11, 2008, pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice was published in the San Diego Commerce.

3.   On December 19, 2007, a Notice of Complaint and a copy of the Complaint for Forfeiture were sent by certified mail as follows:

| Name and address | Article No. | Result |
|---|---|---|
| Eusebio Armando Vaca-Gallardo<br>c/o Shaun Khojayan, Esq.<br>121 Broadway, Suite 338<br>San Diego, CA | 70042510000330146325 | Signed for as<br>Received on<br>12/20/07 |

From the time of said notice, no claim or answer has been filed by anyone regarding the above-named defendant.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the interest of Eusebio Armando Vaca-Gallardo and all other potential claimants regarding the above mentioned defendant.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 12, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Bruce C. Smith

BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: bruce.smith@usdoj.gov