# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　vs<br><br>One 1997 Mercedes Benz S420 Sedan, CA License No. 3SVV963, VIN WDBGA43G5VA330132, it's Tools and Appurtenances<br><br>　　　　　　　　　　　　　　Defendant, | **Civil No.**　　**07-CV-2330-L(POR)**<br><br>**DEFAULT** |

　　　It appears from the records in the above entitled action that Warrant issued on the Orignal Complaint filed on December 13, 2007 has been regularly served upon each of the potential claimants hereinafter named; and it appears from the records herein that each of the potential claimants has failed to plead or otherwise defend in said action as required by said Warrant and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

The interest of Eusebio Armando Vaca-Gallardo and all other potential claimants regarding One 1997 Mercedes Benz S420 Sedan, CA License No. 3SVV963,  VIN WDBGA43G5VA330132, it's Tools and Appurtenances

**Entered On:**　　February 13, 2008　　　　　　　W. SAMUEL HAMRICK, JR., CLERK

　　　　　　　　　　　　　　　　　　　By:　　　　　　s/ M. Jenkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　M. Jenkins, Deputy