1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | ) Civil No. 07cv2330-L(POR) |
| 11             Plaintiff, | ) NOTICE OF MOTION AND MOTION |
|    | ) FOR JUDGMENT BY DEFAULT AS TO |
| 12        v. | ) THE INTEREST OF EUSEBIO ARMANDO |
|    | ) VACA-GALLARDO AND ALL |
| 13  ONE 1997 MERCEDES BENZ S420 SEDAN, | ) POTENTIAL CLAIMANTS |
|     CA LICENSE NO. 3SVV963, | ) |
| 14  VIN WDBGA43G5VA330132, | ) DATE: March 31, 2008 |
|     ITS TOOLS AND APPURTENANCES, | ) TIME: 10:30 a.m. |
| 15  | ) CTRM: 14 |
|              Defendant. | ) |
| 16 | ) |
|    | ) NO ORAL ARGUMENT PURSUANT |
| 17 | ) TO LOCAL RULE |

18   TO:   EUSEBIO ARMANDO VACA-GALLARDO, THROUGH HIS ATTORNEY
           OF RECORD, SHAUN KHOJAYAN
19

20   PLEASE TAKE NOTICE that on March 31, 2008 at 10:30 a.m., or as soon thereafter as counsel

21  may be heard, before the Honorable M. James Lorenz, United States District Court, Courtroom 14,

22  940 Front Street, San Diego, California, Plaintiff, United States of America, by and through its

23  attorneys, Karen P. Hewitt, United States Attorney, and Bruce Smith, Assistant United States Attorney,

24  will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, for a judgment by

25  default in the instant case as to the interest of Eusebio Armando Vaca-Gallardo and all potential

26  claimants.

27  ///

28  ///

1  This motion is based on the files and records of this case, including the Clerk's Entry of Default
2  dated February 13, 2008, (Government's Exhibit 1) as well as the attached Memorandum of Points and
3  Authorities and Declaration of Bruce C. Smith (Government's Exhibit 2).
4  DATED:   February 20, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Bruce C. Smith

BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: bruce.smith@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              ) Civil No. 07cv2330-L(POR)
                                          )
11              Plaintiff,                ) CERTIFICATE OF
                                          ) SERVICE BY MAIL
12         v.                             )
                                          )
13 ONE 1997 MERCEDES BENZ S420 SEDAN,     )
   CA LICENSE NO. 3SVV963,                )
14 VIN WDBGA43G5VA330132,                 )
   ITS TOOLS AND APPURTENANCES,           )
15                                        )
                Defendant.                )
16 _____)

17 IT IS HEREBY CERTIFIED THAT:

18     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
19
       I am not a party to the above-entitled action. I have caused service of **Notice Of Motion And**
20 **Motion For Judgment Of Default As To The Interest Of Eusebio Armando Vaca-Gallardo And All Other Potential Claimants** on the following parties by electronically filing the foregoing with the
21 Clerk of the District Court using its ECF System, which electronically notifies them.

22      Shaun Khojayan, Esq.  Email: khojayan.com

23     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
24
       None.
25
   the last known address, at which place there is delivery service of mail from the United States Postal
26 Service.

27     I declare under penalty of perjury that the foregoing is true and correct.

28     Executed on February 20, 2008.
                                              s/Bruce C. Smith