1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           ) Civil No. 07cv2330-L(POR)
                                       )
11           Plaintiff,                ) TABLE OF CONTENTS FOR EXHIBITS
                                       ) IN SUPPORT OF PLAINTIFF'S MOTION
12        v.                           ) FOR JUDGMENT BY DEFAULT AS TO
                                       ) THE INTEREST OF EUSEBIO ARMANDO
13 ONE 1997 MERCEDES BENZ S420 SEDAN,  ) VACA-GALLARDO AND ALL POTENTIAL
   CA LICENSE NO. 3SVV963,             ) CLAIMANTS
14 VIN WDBGA43G5VA330132,              )
   ITS TOOLS AND APPURTENANCES,        )
15                                     )
             Defendant.                )
16 _____ )

17    Exhibits                                                      Pages

18    Exhibit 1:   Clerk's Entry Of Default filed 2/13/08            12

19    Exhibit 2:   Declaration Of Bruce C. Smith In Support Of Motion   13-14
                   For Default Judgment

20

21

22

23

24

25

26

27

28

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | |
| Plaintiff, | **Civil No.    07-CV-2330-L(POR)** |
| vs | **DEFAULT** |
| One 1997 Mercedes Benz S420 Sedan, CA License No. 3SVV963, VIN WDBGA43G5VA330132, it's Tools and Appurtenances | |
| Defendant, | |

It appears from the records in the above entitled action that Warrant issued on the Orignal Complaint filed on December 13, 2007 has been regularly served upon each of the potential claimants hereinafter named; and it appears from the records herein that each of the potential claimants has failed to plead or otherwise defend in said action as required by said Warrant and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

The interest of Eusebio Armando Vaca-Gallardo and all other potential claimants regarding One 1997 Mercedes Benz S420 Sedan, CA License No. 3SVV963,   VIN WDBGA43G5VA330132, it's Tools and Appurtenances

**Entered On:**    February 13, 2008            W. SAMUEL HAMRICK, JR., CLERK

By:    _____s/ M. Jenkins_____

M. Jenkins, Deputy

1   KAREN P. HEWITT
    United States Attorney
2   BRUCE C. SMITH
    Assistant U.S. Attorney
3   California State Bar No. 078225
    Federal Office Building
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-6963
    E-mail: bruce.smith@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          ) Case No. 07cv2330-L(POR)
                                       )
11                Plaintiff,           ) DECLARATION OF BRUCE C. SMITH
                                       ) IN SUPPORT OF MOTION FOR
12        v.                           ) DEFAULT JUDGMENT
                                       )
13  ONE 1997 MERCEDES BENZ S420 SEDAN, )
    CA LICENSE NO. 3SVV963,            )
14  VIN WDBGA43G5VA330132,             )
    ITS TOOLS AND APPURTENANCES,       )
15                                     )
                  Defendant.           )
16  _____)

17        I, Bruce C. Smith, declare:

18        1.      I am the Assistant United States Attorney primarily responsible for the prosecution

19  of this case.  I have prepared this Declaration based upon my review of the Court's docket and the

20  file maintained by the U.S. Attorney's office with respect to this case.

21        2.      On December 13, 2007, a Complaint for Forfeiture was filed in the above action in

22  the United States District Court for the Southern District of California against the above defendant.

23  On December 19, 2007, the defendant was seized and arrested by the United States Marshals

24  Service, who thereafter took possession and custody of the defendant, pursuant to the Court's Order

25  appointing the United States Marshals Service as custodian, dated December 17, 2007.

26        3.      On December 28, 2007, January, 4, 2008, and January 11, 2008, pursuant to

27  Rule G(5), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice was

28  published in the San Diego Commerce.

4.     On December 19, 2007, a Notice of Complaint and a copy of the Complaint for Forfeiture were sent by certified mail as follows:

| Name and address | Article No. | Result |
|---|---|---|
| Eusebio Armando Vaca-Gallardo<br>c/o Shaun Khojayan, Esq.<br>121 Broadway, Suite 338<br>San Diego, CA | 70042510000330146325 | Signed for as Received<br>on 12/20/07 |

5.    From the time of said notice, no claim or answer has been filed regarding the above-named defendant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED:  February 20, 2008.


s/Bruce C. Smith
BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: bruce.smith@usdoj.gov

2