# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

United States of America,
                Plaintiff(s)

            V.                      **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

One 1997 Mercedes Benz S420 Sedan, CA License No. 3SVV963, VIN WDBGA43G5VA330132, Its Tools and Appurtenances,

                  **CASE NUMBER:**      07-CV-2330-L (POR)

                Defendant(s)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED: Plaintiff's motion for entry of default judgment is **GRANTED**. The interests of Eusebio Armando Vaca-Gallard and all potential claimants in the defendant vehicle, 1997 Mercedes Benz S420 Sedan, CA License No. 3SVV963, VIN WDBGA43G5VA330132, its tools and appurtenances, is forfeited and all right, title and interest in the defendant vehicle is hereby vested in the United States of America and all other claims thereto are barred.

| March 27, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                        s/ M. Jenkins
                                                 (By) M. Jenkins, Deputy Clerk
                                                 ENTERED ON March 27, 2008