# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 07cv2330-L(POR) |
| **DEFENDANT** 1997 MERCEDES BENZ S420 SEDAN | **TYPE OF PROCESS** DISPOSITION |

FILED 2008 APR 11 AM 8:09 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
4560 Viewridge Avenue, San Diego, CA 92123

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

BRUCE C. SMITH, AUSA
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

RECEIVED 2008 APR 10 AM 7:42 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)   CATS 07DEA486209

Pursuant to the attached **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**, please dispose of the Defendant(s) in accordance to the terms contained therein and in accordance with the law.

Signature of Attorney or other Originator requesting service on behalf of:
BRUCE C. SMITH, AUSA  _Bruce Smith/att_   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (619) 557-7004
DATE: 3/28/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk _Scott_ | Date 4/10/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):
JUNE WESCOTT, Investigative Asst.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 04/10/08   Time: 1400 pm
Signature of U.S. Marshal or Deputy: #3800

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $9.38 | Forwarding Fee | Total Charges $54.38 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED.   SEND ORIGINAL + 2 COPIES to USMS.   FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt